No. 87–5772. LEWIS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioners to expedite consideration of the petition for writ of certiorari denied.

No. 87–5569. IN RE ABRAHAM; and
No. 87–5586. IN RE MCCOLLUM. Petitions for writs of mandamus denied.

No. 87–714. IN RE BRANSON. C. A. 9th Cir. Petition for writ of mandamus or certiorari denied.

No. 86–2037. LANDERS *v.* NATIONAL RAILROAD PASSENGER CORPORATION ET AL. C. A. 1st Cir. Certiorari granted.

No. 87–339. CITY OF NEW YORK ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted.

No. 87–363. FEDERAL ENERGY REGULATORY COMMISSION *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL.; and
No. 87–364. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK ET AL. *v.* MARTIN EXPLORATION MANAGEMENT CO. ET AL. C. A. 10th Cir. Motions of Williams Natural Gas Co. and Interstate Natural Gas Association for leave to file briefs as *amici curiae* in No. 87–363 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 86–7147. MACLIN *v.* MOBILE CONSORTIUM ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–135. ENSIGN ET VIR *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.